Lawrence W. Miles, Jr. (#95522)
Brady D. McLeod (#205273)
**THE MILES LAW FIRM**
3838 Watt Ave., Suite 301
Sacramento, Ca. 95821
916-973-9674

Attorneys for Plaintiff
Bay Commercial Bank

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
## Santa Rosa Division

| | |
|---|---|
| In re:<br><br>**JEFFREY KNAPP WINN Debtor.**<br><br>**BAY COMMERCIAL BANK Plaintiff**<br><br>vs.<br><br>**JEFFREY KNAPP WINN,**<br>**Defendant.** | **Case No. 10-13868-AJ**<br>**Chapter 11**<br><br>Adv. Pro. No. 10-1205<br><br>**STIPULATED JUDGMENT** |

   Plaintiff/Creditor BAY COMMERICAL BANK, ("Plaintiff") and Defendant/Debtor JEFFREY KNAPP WINN, ("Defendant") (collectively, the "Parties") having stipulated to the amount of Plaintiff's unsecured claim and entry of Judgment in the above-captioned Adversary Proceeding No. 10-1205, the Court having approved the Stipulation and compromise of controversy by order entered on September 26, 2011 in the above-captioned Chapter 11 Case No. 10-13868-AJ, and good cause appearing, Judgment is hereby entered as follows:

   1. Plaintiff shall have judgment against Defendant in the amount of One-Hundred And

Stipulated Judgment

1

Seventy-Five Thousand Dollars ($175,000.00), plus post-judgment interest rate of 00.19 percent (00.19%).

2. This Judgment shall be non-dischargeable pursuant to 11 U.S.C. §523.

**IT IS THE JUDGMENT OF THE COURT.**

Dated: November 7, 2011

_____
Alan Jaroslovsky
United States Bankruptcy Judge

Stipulated Judgment

2